FILED
2010 May-24  PM 01:54
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **MACKESE WALKER SPEIGHT,** | } | |
| | } | |
| **Petitioner,** | } | |
| | } | |
| **v.** | } | **Case No.:**   **2:08-CV-8016-RDP-TMP** |
| | } | **2:06-CR-0452-RDP-TMP** |
| **UNITED STATES OF AMERICA,** | } | |
| | } | |
| **Respondent.** | } | |

## MEMORANDUM OF OPINION

The Magistrate Judge filed Findings and Recommendation on March 19, 2010, recommending that Petitioner's motion to vacate be denied. Defendant/Movant filed objections on May 11, 2010.

Having carefully reviewed and considered *de novo* all the materials in the court file including the objections,[1] the court is of the opinion that the Magistrate Judge's Findings are due to be and are hereby **ADOPTED** and his Recommendation is **ACCEPTED**. Accordingly, the motion to vacate is due to be denied. A final Judgment will be entered.

**DONE** and **ORDERED** this _____24th_____ day of May, 2010.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE

---

[1]Although Defendant/Movant asserts that her lawyer failed to advise her of the potential sentencing range, even assuming that was the case, she has failed to explain why that alleged deficiency was not cured when this court carefully and thoroughly advised her of the sentencing ranges for each of the charges, and that some of the charges were required to be served *consecutively*.